UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00390-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL BURCH,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. On September 14, 2012, counsel visited my chambers for scheduling purposes. Based on oral representations made in my chambers on September 14, 2012, it is

    ORDERED that Defendant shall file a motion for an ends of justice continuance not later than **Monday, October 15, 2012.** After my review of that motion, I will determine the appropriate, future course of action.

    Dated: September 14, 2012.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL
                                    CHIEF U. S. DISTRICT JUDGE